**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph J. Patrisian                                CHAPTER 13

<u>Debtor(s)</u>                                BKY. NO. 17-22381 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-16CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-16CB and index same on the master mailing list.

        Respectfully submitted,

        **/s/James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        jwarmbrodt@kmllawgroup.com