**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/12/2021

IN RE:

JOSEPH J PATRISIAN
533 MELLON AVENUE
ROCHESTER, PA 15074
XXX-XX-8439          Debtor(s)

Case No. 17-22381 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/12/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LIGHT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: SURR/PL\*76-003-0606.000-01-1\*PL NT ENT\*WNTS 9%15/SCH\*BORO ONLY/CL\*$709. | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 3   INT %: 4.25%<br>Court Claim Number: 3<br>CLAIM: 920.21<br>COMMENT: 1394@4.25%MDF/PL\*0%/CLM FACE\*CL 1393.84 PIF/CR/LTR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8439 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: SURR/PL\*CL=$6785.69\*L50 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8439 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5360 |
| **BANK OF NEW YORK MELLON - TRUSTEE FOR**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: SURR/PL@SHELLPOINT MRTG SVCG\*CL=57,590.74 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 4172 |
| **BANK OF NEW YORK MELLON**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MOLLY MCCAUL**<br>1248 BLAINE RD<br>MONACA, PA 15061 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT PD THRU PLAN/OWK\*NO$/SCH-PL | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: 8439 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 265.61<br>COMMENT: NO$-ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **BANK AMERICA**<br>4909 SAVARESE CL<br>TAMPA, FL 33634 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2497 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **BEAVER COUNTY TAX CLAIM BUREAU\*\*** <br> BEAVER COUNTY COURTHOUSE <br> 810 3RD ST <br> BEAVER, PA  15009-2194 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **CACH LLC-ASSIGNEE** <br> C/O RESURGENT CAPITAL SERVICES <br> PO BOX 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 1,692.54 <br> COMMENT: CAPITAL ONE\*8752/SCH\*INSUFF POD\*CHRGD OFF 7/31/2014 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3136 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** <br> PO BOX 71083 <br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: 8 <br> CLAIM: 3,442.59 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1349 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br> WILMINGTON, DE  19850 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5318 |
| **DUQUESNE LIGHT COMPANY\*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **EDGARDO D SANTILLAN ESQ\*\*** <br> SANTILLAN LAW FIRM PC <br> 908 22ND ST <br> ALIQUIPPA, PA  15001 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: 2 <br> CLAIM: 3,550.00 <br> COMMENT: CL2GOVS\*UNS/SCH-PL\*PRIOR CH 13 LEGAL FEES | | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 8439 |
| **ENHANCED RECOVERY COMPANY** <br> 8014 BAYBERRY RD <br> JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **J PHILIP COLAVINCENZO ESQ** <br> 255 COLLEGE AVE <br> BEAVER, PA  15009 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **NATIONAL HOSPITAL COLLECTIONS\*** <br> 16 DISTRIBUTOR DRIVE <br> STE 2 <br> MORGANTOWN, WV  26501 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **STERN & EISENBERG LP** <br> 1581 MAIN ST STE 200 <br> THE SHOPPES AT VALLEY SQUARE <br> WARRINGTON, PA  18976 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:5 | ACCOUNT NO.: 7004 |
| | CLAIM:  207.72 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: | |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:6 | ACCOUNT NO.: 7772 |
| | CLAIM:  126.48 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  INSUFF POD*CHRGD OFF 4/27/2015 | |
| **BEAVER COUNTY**** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| OFFICE OF DOMESTIC RELATIONS** | Court Claim Number: | ACCOUNT NO.: |
| 800 3RD ST | CLAIM:  0.00 | |
| BEAVER, PA  15009 | COMMENT: | |
| **PA SCDU*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 69110 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17106-9110 | COMMENT: | |
| **J PHILIP COLAVINCENZO ESQ** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 255 COLLEGE AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| BEAVER, PA  15009 | COMMENT:  BEVER CNTY TCB/PRAE | |
| **KML LAW GROUP PC*** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BNAK OF NY MELLON/PRAE | |