## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph J. Patrisian

                Debtor(s)

THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE
BENEFIT OF THE CERTIFICATE HOLDERS OF
THE CWALT, INC., ALTERNATIVE LOAN TRUST
2004-16CB, MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2004-16CB

                Movant

         v.

Joseph J. Patrisian
Molly Patrisian

                Respondents

        and

Ronda J. Winnecour, Trustee

             Additional Respondent

BK. NO. 17-22381 CMB

CHAPTER 13

Related to Docket #_____58_____

## ENTERED BY DEFAULT

## AMENDED ORDER MODIFYING SECTION 362 AUTOMATIC
## STAY AND CO-DEBTOR RELIEF

      AND NOW, this 17th day of November , 2021, at Pittsburgh, upon Motion of THE BANK OF NEW
YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE
CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-16CB,
MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-16CB

      **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and
the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and
Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301
of the Bankruptcy Code, is modified with respect to the subject premises located at 533 Mellon Avenue ,
Rochester, PA 15074 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and
remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not
limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation
alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.
Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for
enforcement of its right to possession of the Property.

_Carlota M. Böhm_ dmk
United States Bankruptcy Judge

FILED
11/17/21 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-22381-CMB

Joseph J Patrisian                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

**Recip ID**          **Recipient Name and Address**
db                +  Joseph J Patrisian, 533 Mellon Avenue, Rochester, PA 15074-1237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

**Name**                  **Email Address**

Brian Nicholas
                          on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al...
                          bnicholas@kmllawgroup.com

Edgardo D Santillan
                          on behalf of Creditor Edgardo D Santillan ed@santillanlaw.com
                          edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@g
                          mail.com,r53999@notify.bestcase.com

J. Philip Colavincenzo
                          on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

Maria Miksich
                          on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al...
                          mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.

on behalf of Debtor Joseph J Patrisian ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8