IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph J. Patrisian                    :    Bankruptcy Case No. 17-22381-CMB
        Debtor,                    :
                                          :    Chapter 13

## NOTICE OF CHANGE OF ADDRESS OF CO-OBLIGOR

Please change Co-obligor Molly Patrisian n/k/a Molly Davies' address to:

Molly Davies
143 Market Street
Beaver, PA 15009

Co-obligor's prior address was incorrectly reported by Debtor as his address:

533 Mellon Avenue
Rochester, PA 15074

/s/ J. Philip Colavincenzo
J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
ID No. 17270
jp.cola@verizon.net