**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph J Patrisian**
Debtor(s)

Bankruptcy Case No.: 17−22381−CMB

Chapter: 13
Docket No.: 71 − 69

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of June, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/23/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/12/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22381-CMB |
| Joseph J Patrisian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 28, 2022 | Form ID: 408v | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph J Patrisian, 533 Mellon Avenue, Rochester, PA 15074-1237 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | Edgardo D Santillan, 775 Fourth Street, Beaver, PA 15009-2108 |
| intp | + | Molly Davies, 143 Market Street, Beaver, PA 15009-2613 |
| 14727654 | | BONY as trustee of CWALT, Inc. ALT 2004-16CB, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14640892 | | Beaver County DRS, Beaver Courthouse, 800 3rd St, Beaver, PA 15009 |
| 14640893 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14640901 | + | J. Philip Cilavincenzo, Esq., 255 College Ave., Beaver, PA 15009-2752 |
| 14640902 | + | Molly McCaul, 1248 Blaine Road, Monaca, PA 15061-1024 |
| 14640903 | + | Nathospcoll, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14640905 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14640907 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops of Valley Square, Warrington, PA 18976-3403 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14640889 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:07:50 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14640890 | | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | Bank Of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14640891 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14640894 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:07:51 | CACH, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14725553 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:18:33 | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640896 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:00 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14640895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:47 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14723950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:49 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 17-22381-CMB   Doc 72   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: 408v | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14640898 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14640900 | + | Email/Text: bknotice@ercbpo.com | Jun 29 2022 00:09:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14640897 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:08:14 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14640904 | + | Email/Text: bankruptcynotices@psecu.com | Jun 29 2022 00:09:00 | P S E C U, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14681657 | + | Email/Text: bankruptcynotices@psecu.com | Jun 29 2022 00:09:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14640906 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | Shellpoint Mortgage, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14689565 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:07 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14640908 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 14658286 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14658287 | * | Bank Of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14658288 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14658289 | * | Beaver County DRS, Beaver Courthouse, 800 3rd St, Beaver, PA 15009 |
| 14658290 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14658291 | *+ | CACH, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14658293 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14658292 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14658295 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14658297 | *+ | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14658296 | *+ | Edgardo D Santillan, Esquire, Santillan Law Firm, PC, 775 Fourth Street, Beaver, PA 15009-2108 |
| 14658298 | *+ | J. Philip Cilavincenzo, Esq., 255 College Ave., Beaver, PA 15009-2752 |
| 14658294 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14658299 | *+ | Molly McCaul, 1248 Blaine Road, Monaca, PA 15061-1024 |
| 14658300 | *+ | Nathospcoll, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14658301 | *+ | P S E C U, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14658302 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14658303 | *+ | Shellpoint Mortgage, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14658304 | *+ | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops of Valley Square, Warrington, PA 18976-3403 |
| 14658305 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14640899 | ##+ | Edgardo D Santillan, Esquire, Santillan Law Firm, PC, 775 Fourth Street, Beaver, PA 15009-2108 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Creditor Edgardo D Santillan ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| J. Philip Colavincenzo | on behalf of Interested Party Molly Davies colavincenzolaw@verizon.net |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Joseph J Patrisian ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9