**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSEPH J PATRISIAN<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-22381<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| June 27, 2022 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/09/2017 and confirmed on 9/28/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

|  |  |  |
|---|---:|---:|
| Total Receipts |  | 15,367.65 |
| Less Refunds to Debtor | 812.75 |  |
| TOTAL AMOUNT OF PLAN FUND |  | 14,554.90 |
| Administrative Fees |  |  |
|    Filing Fee | 0.00 |  |
|    Notice Fee | 0.00 |  |
|    Attorney Fee | 3,500.00 |  |
|    Trustee Fee | 706.96 |  |
|    Court Ordered Automotive Insurance | 0.00 |  |
| TOTAL ADMINISTRATIVE FEES |  | 4,206.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8439 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4172 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 920.21 | 920.21 | 142.79 | 1,063.00 |
|     Acct: 8439 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5360 | | | | |
| | | | | 1,063.00 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH J PATRISIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH J PATRISIAN | 812.75 | 812.75 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MOLLY MCCAUL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8439 | | | | |
|   EDGARDO D SANTILLAN ESQ** | 3,550.00 | 3,550.00 | 0.00 | 3,550.00 |
|     Acct: 8439 | | | | |
| | | | | 3,550.00 |
| **Unsecured** | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 265.61 | 265.61 | 0.00 | 265.61 |
|     Acct: 0001 | | | | |
|   BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2497 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | CACH LLC-ASSIGNEE | 1,692.54 | 1,692.54 | 0.00 | 1,692.54 |
| | Acct: 3136 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,442.59 | 3,442.59 | 0.00 | 3,442.59 |
| | Acct: 1349 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5318 | | | | |
| | DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 207.72 | 207.72 | 0.00 | 207.72 |
| | Acct: 7004 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 126.48 | 126.48 | 0.00 | 126.48 |
| | Acct: 7772 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BEAVER COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MOLLY DAVIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 5,734.94 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 10,347.94 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 3,550.00 |
| SECURED | 920.21 |
| UNSECURED | 5,734.94 |

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH J PATRISIAN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22381

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-22381-CMB
Joseph J Patrisian     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jun 28, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph J Patrisian, 533 Mellon Avenue, Rochester, PA 15074-1237 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | Edgardo D Santillan, 775 Fourth Street, Beaver, PA 15009-2108 |
| intp | + | Molly Davies, 143 Market Street, Beaver, PA 15009-2613 |
| 14727654 | | BONY as trustee of CWALT, Inc. ALT 2004-16CB, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14640892 | | Beaver County DRS, Beaver Courthouse, 800 3rd St, Beaver, PA 15009 |
| 14640893 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14640901 | + | J. Philip Cilavincenzo, Esq., 255 College Ave., Beaver, PA 15009-2752 |
| 14640902 | + | Molly McCaul, 1248 Blaine Road, Monaca, PA 15061-1024 |
| 14640903 | + | Nathospcoll, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14640905 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14640907 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops of Valley Square, Warrington, PA 18976-3403 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14640889 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:07 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14640890 | | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | Bank Of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14640891 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14640894 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:18:32 | CACH, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14725553 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 00:08:07 | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640896 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:47 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14640895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:15 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14723950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:15 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 17-22381-CMB   Doc 73   Filed 06/30/22   Entered 07/01/22 00:28:55   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Charlotte, NC 28272-1083 |
| 14640898 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14640900 | + | Email/Text: bknotice@ercbpo.com | Jun 29 2022 00:09:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14640897 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 00:07:58 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14640904 | + | Email/Text: bankruptcynotices@psecu.com | Jun 29 2022 00:09:00 | P S E C U, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14681657 | + | Email/Text: bankruptcynotices@psecu.com | Jun 29 2022 00:09:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14640906 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | Shellpoint Mortgage, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14689565 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 00:08:19 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14640908 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 00:08:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 14658286 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14658287 | * | Bank Of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14658288 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14658289 | * | Beaver County DRS, Beaver Courthouse, 800 3rd St, Beaver, PA 15009 |
| 14658290 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14658291 | *+ | CACH, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14658293 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14658292 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14658295 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14658297 | *+ | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14658296 | *+ | Edgardo D Santillan, Esquire, Santillan Law Firm, PC, 775 Fourth Street, Beaver, PA 15009-2108 |
| 14658298 | *+ | J. Philip Cilavincenzo, Esq., 255 College Ave., Beaver, PA 15009-2752 |
| 14658294 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14658299 | *+ | Molly McCaul, 1248 Blaine Road, Monaca, PA 15061-1024 |
| 14658300 | *+ | Nathospcoll, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14658301 | *+ | P S E C U, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14658302 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14658303 | *+ | Shellpoint Mortgage, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14658304 | *+ | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops of Valley Square, Warrington, PA 18976-3403 |
| 14658305 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14640899 | ##+ | Edgardo D Santillan, Esquire, Santillan Law Firm, PC, 775 Fourth Street, Beaver, PA 15009-2108 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... bnicholas@kmllawgroup.com

Edgardo D Santillan
on behalf of Creditor Edgardo D Santillan ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com

J. Philip Colavincenzo
on behalf of Interested Party Molly Davies colavincenzolaw@verizon.net

J. Philip Colavincenzo
on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

Maria Miksich
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Joseph J Patrisian ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 9