# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH J PATRISIAN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.: 17-22381

Chapter 13

Document No.: 69

**ENTERED BY DEFAULT**

### ORDER OF COURT

AND NOW, this __15th__ day of __August__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/15/22 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE      dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22381-CMB |
| Joseph J Patrisian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 15, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph J Patrisian, 533 Mellon Avenue, Rochester, PA 15074-1237 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | Edgardo D Santillan, 775 Fourth Street, Beaver, PA 15009-2108 |
| intp | + | Molly Davies, 143 Market Street, Beaver, PA 15009-2613 |
| 14727654 | | BONY as trustee of CWALT, Inc. ALT 2004-16CB, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14640892 | | Beaver County DRS, Beaver Courthouse, 800 3rd St, Beaver, PA 15009 |
| 14640893 | + | Beaver County Tax Claim Bureau, 810 3rd St, Beaver, PA 15009-2139 |
| 14640901 | + | J. Philip Cilavincenzo, Esq., 255 College Ave., Beaver, PA 15009-2752 |
| 14640902 | + | Molly McCaul, 1248 Blaine Road, Monaca, PA 15061-1024 |
| 14640903 | + | Nathospcoll, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14640905 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14640907 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops of Valley Square, Warrington, PA 18976-3403 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14640889 | | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 23:51:20 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14640890 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | Bank Of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14640891 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2022 23:44:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14640894 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 23:51:21 | CACH, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14725553 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 23:51:21 | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640896 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:19 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14640895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:26 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14723950 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:33 | Capital One Bank (USA), N.A., PO Box 71083, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14640898 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 15 2022 23:45:00 | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14640900 | + | Email/Text: bknotice@ercbpo.com | Aug 15 2022 23:44:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14640897 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2022 23:51:18 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14640904 | + | Email/Text: bankruptcynotices@psecu.com | Aug 15 2022 23:45:00 | P S E C U, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14681657 | + | Email/Text: bankruptcynotices@psecu.com | Aug 15 2022 23:45:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14640906 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | Shellpoint Mortgage, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14689565 | | Email/PDF: ebn_ais@aisinfo.com | Aug 15 2022 23:51:20 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14640908 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 15 2022 23:44:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 14658286 | * | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 14658287 | * | Bank Of New York Mellon, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14658288 | *+ | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14658289 | * | Beaver County DRS, Beaver Courthouse, 800 3rd St, Beaver, PA 15009 |
| 14658290 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14658291 | *+ | CACH, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14658293 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 14658292 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14658295 | *+ | Duquesne Light Company, c/o Peter J. Ashcroft, Esquire, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14658297 | *+ | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14658296 | *+ | Edgardo D Santillan, Esquire, Santillan Law Firm, PC, 775 Fourth Street, Beaver, PA 15009-2108 |
| 14658298 | *+ | J. Philip Cilavincenzo, Esq., 255 College Ave., Beaver, PA 15009-2752 |
| 14658294 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14658299 | *+ | Molly McCaul, 1248 Blaine Road, Monaca, PA 15061-1024 |
| 14658300 | *+ | Nathospcoll, 16 Distributor Dr Ste 2, Morgantown, WV 26501-7209 |
| 14658301 | *+ | P S E C U, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14658302 | *+ | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14658303 | *+ | Shellpoint Mortgage, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14658304 | *+ | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops of Valley Square, Warrington, PA 18976-3403 |
| 14658305 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14640899 | ##+ | Edgardo D Santillan, Esquire, Santillan Law Firm, PC, 775 Fourth Street, Beaver, PA 15009-2108 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... bnicholas@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Creditor Edgardo D Santillan ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| J. Philip Colavincenzo | on behalf of Interested Party Molly Davies colavincenzolaw@verizon.net |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE Et Al... mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Joseph J Patrisian ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9